# EXHIBIT LIST

A.     Darger Secured Promissory Note (2013.07.01)

B.     Darger Trust Deed (2013.07.02)

C.     Warranty Deed to Darger (2013.07.02)

D.     Warranty Deed to Darger (2013.08.22)

E.     Warranty Deed from Ultimate Estates, LLC to Ultimate Enterprise, LLC (2018.10.10)

F.     Quit Claim Deed Ultimate Enterprise, LLC to UE, LLC and L. Lopez (2024.12.30)

G.     Darger Mortgage Payments Through December 2024

H.     Email from R. Stegman re Publication of Notice of Trustee's Sale (2024.01.11)

I.     Notice of Trustee's Sale (2024.05.08)

J.     Darger LinkedIn Profile

K.     Utah.Gov – Manager of Ultimate Estates, LLC

L.     Utah.Gov - Manager of Ultimate Enterprise, LLC

M.     Lorenzo Lopez Email re Chapter 13 Bankruptcy (2024.12.31)

N.     Email from J. Sink to J. Darger re Post-Petition Mortgage Payments (2024.06.25)

O.     Email to J. Sink from J. Darger re Illegal Foreclosure Sale (2024.06.26)

P.     Notice of Bankruptcy Case Filing - Case No. 24-26705

Q.     2024.12.30.Quit Claim Deed - Ultimate Enterprise, LLC to Ultimate Enterprise, LLC and Lorenzo Luciano Lopez

R.     (FILED WITH CLERK OF COURT)  Audio/Video Recordings - Conversation with Mr. Sink and Mr. Darger