# Exhibit C

*(Warranty Deed to Darger)*

11676835
7/2/2013 3:31:00 PM $12.00
Book - 10155 Pg - 9303-9304
Gary W. Ott
Recorder, Salt Lake County, UT
FIRST AMERICAN TITLE PARK CITY
BY: eCASH, DEPUTY - EF 2 P.

Recording Requested by:
First American Title Company, LLC
1755 Prospector Avenue, Suite A-100
Park City, UT 84060
(435)655-6800

AFTER RECORDING RETURN TO:
John Darger
13887 South Lamont Lowell Circle
Herriman, UT 84096

SPACE ABOVE THIS LINE (3 ½" X 5") FOR RECORDER'S USE

# WARRANTY DEED

Escrow No. **041-5565466 (MCM)**
A.P.N.: **32-03-428-017-0000**

**Jefferson M. Martin and Jennifer G. Martin**, Grantor, of **Herriman, Salt Lake** County, State of **UT**, hereby CONVEY AND WARRANT to

**John Darger**, Grantee, of **Herriman, Salt Lake** County, State of **UT**, for the sum of Ten Dollars and other good and valuable considerations the following described tract(s) of land in **Salt Lake** County, State of **Utah**:

**LOT 114, HAMILTON FARMS PLANNED UNIT DEVELOPMENT PHASE 1, ACCORDING TO THE OFFICIAL PLAT THEREOF ON FILE AND OF RECORD IN THE SALT LAKE COUNTY RECORDER'S OFFICE.**

Subject to easements, restrictions and rights of way appearing of record or enforceable in law and equity and general property taxes for the year **2013** and thereafter.

Witness, the hand(s) of said Grantor(s), this **June 26, 2013**.

*Ent 11676835 BK 10155 PG 9303*

A.P.N.: **32-03-428-017-0000**        Warranty Deed - continued        File No.: **041-5565466 (MCM)**

_____        _____
Jefferson M. Martin                                             Jennifer G. Martin

| STATE OF | UTAH | ) |
|---|---|---|
| | | )ss. |
| County of | Summit | ) |

On this 26th day of June, 2013, before me, the undersigned Notary Public, personally appeared **Jefferson M. Martin and Jennifer G. Martin**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities and that their signatures on the instrument the persons or the entity upon behalf of which the persons acted, executed the instrument.

WITNESS my hand and official seal.

My Commission Expires:

12/14/2015        Notary Public _____

```
┌─────────────────────────────┐
│         Notary Public       │
│      KELLEY H. PENTZ        │
│      Commission #650801     │
│     My Commission Expires   │
│       December 14, 2015     │
│         State of Utah       │
└─────────────────────────────┘
```

Page 2 of 2

BK 10155 PG 9304