# Exhibit D

*(Warranty Deed Darger to Ultimate Estates)*

5027

WHEN RECORDED MAIL TO:
JOHN DARGER
13877 SOUTH LOMONT LOWELL CIR
HERRIMAN, UT 84096

11710288
8/22/2013 11:09:00 AM $10.00
Book - 10171 Pg - 2822
Gary W. Ott
Recorder, Salt Lake County, UT
ORANGE TITLE INS AGCY
BY: eCASH, DEPUTY - EF 1 P.

## *WARRANTY DEED*

**JOHN DARGER**

Grantor,

of HERRIMAN, County of SALT LAKE, State of UTAH
hereby CONVEY and WARRANTY to

**ULTIMATE ESTATES, LLC**

Grantee,

of LAS VEGAS, County of CLARK, State of NEVADA, for the sum of TEN DOLLARS and other good and valuable consideration, the following tract of land in SALT LAKE, State of UT, to-wit

LOT 114, HAMILTON FARMS PLANNED UNIT DEVELOPMENT PHASE 1 ACCORDING TO THE PLAT THEREOF AS RECORDED IN THE OFFICE OF THE SALT LAKE COUNTY RECORDER.

TOGETHER WITH A RIGHT AND EASEMENT OF USE AND ENJOYMENT IN AND TO THE COMMON AREAS, DESCRIBED AND AS PROVIDED FOR IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS, AND ANY AMENDMENTS AND/OR SUPPLEMENTS THERETO.

Tax Serial No. 32-03-428-017 "

Subject to easements, restrictions and rights of way appearing of record and enforceable in law and subject to 2013 taxes and thereafter.

WITNESS the hand of said grantor, this 21st day of August, 2013

_____
JOHN DARGER

STATE OF UTAH     )
                 :ss
COUNTY OF Salt Lake )

On the 21st day of August, 2013, personally appeared before me JOHN DARGER, the signer(s) of the within instrument, who duly acknowledged to me that they executed the same.

_____
Notary Public

BECKY LETHAM
NOTARY PUBLIC-STATE OF UTAH
COMMISSION# 611493
COMM. EXP. 08-27-2015

Ent 11710288 BK 10171 PG 2822