# Exhibit E

*(Warranty Deed Ultimate Estates to Ultimate Enterprises)*

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:
JOHN DARGER
13887 S LAMONT LOWELL CIR
HERRIMAN, UTAH 84096

```
12865345
10/10/2018 03:58 PM $10.00
Book - 10720 Pg - 5028
ADAM GARDINER
RECORDER, SALT LAKE COUNTY, UTAH
JOHN DARGER
13887 S LAMONT LOWELL CIR
HERRIMAN UT 84096
BY: DCP, DEPUTY - WI 1 P.
```

------- SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY -------

## WARRANTY DEED

For the consideration of Ten Dollars, and other good and valuable consideration, I or we, Grantor(s)
**ULTIMATE ESTATES, LLC**

do hereby CONVEY and WARRANT to   **ULTIMATE ENTERPRISE, LLC**        , Grantee,

the following real property situated in SALT LAKE County, State of UTAH :to-wit

**13887 S LAMONT LOWELL CIRCLE**                    Tax Serial No. 32-03-428-017*
**HERRIMAN, UTAH 84096**

**LOT 114, HAMILTON FARMS PLANNED UNIT DEVELOPMENT PHASE 1 ACCORDING TO THE PLAT THEREOF AS RECORDED IN THE OFFICE OF THE SALT LAKE COUNTY RECORDER.**

TOGETHER WITH A RIGHT AND EASEMENT OF USE AND ENJOYMENT IN AND TO THE COMMON AREAS, DESCRIBED AND AS PROVIDED FOR IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS, AND ANY AMENDMENTS AND/OR SUPPLEMENTS THERETO.

SUBJECT TO: Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record and enforceable in law, the Grantor warrants the title against all persons whomsoever.

Dated: _October 10, 2018_ WITNESS the hand of said grantor(s)

GRANTOR: _Ultimate Estates by John Darger_                    GRANTOR:

STATE OF
COUNTY OF               } ss

This instrument was acknowledged before me
this _10th_ day of _October_, 20 _18_,
by _John Darger / Ultimate Estates_
                                         Notary Public

NOTARY PUBLIC
REBECCA DALTON
Commission No. 685333
Commission Expires
SEPTEMBER 23, 2019
STATE OF UTAH

My commissions expires: _Sept 23, 2019_

The above signed grantor(s) personally appeared before me, and signed the within instrument and duly acknowledged to me that they executed the same.

*Ent 12865345 BK 10720 PG 5028*