# Exhibit F

*(Quit Claim Deed - Ultimate Enterprise to Ultimate Enterprise and Lopez)*

Mail Tax Notice to:

John Darger
13887 S Lamont Lowell Cir
Herriman, UT 84096

```
14330423 B: 11542 P: 761 Total Pages: 1
12/30/2024 02:55 PM By: salvarado Fees: $40.00
Rashelle Hobbs, Recorder, Salt Lake County, Utah
Return To: JOHN DARGER
13887 S LAMONT LOWELL CIRHERRIMAN, UT 84096
```

**FILE NO.:**

# QUIT CLAIM DEED

**ULTIMATE ENTERPRISE, LLC, A UTAH LIMITED LIABIITY COMPANY, GRANTOR, of SALT LAKE COUNTY, STATE OF UTAH, HEREBY CONVEYS and QUIT CLAIMS to ULTIMATE ENTERPRISE, LLC AND LORENZO LUCIANO LOPEZ, AN INDIVIDUAL SINGLE MAN OF SALT LAKE COUNTY, STATE OF UTAH, GRANTEES, AS TENANTS IN COMMON, FOR THE SUM OF TEN DOLLARS AND OTHER VALUABLE CONSIDERATIONS*****
the following described tract(s) of land in SALT LAKE County, State of Utah, to-wit:**

LOT 114, HAMILTON FARMS PLANNED UNIT DEVELOPMENT PHASE 1 ACCORDING TO THE PLAT THEREOF AS RECORDED IN THE OFFICE OF THE SALT LAKE COUNTY RECORDER.

TOGETHER WITH A RIGHT AND EASEMENT OF USE AND ENJOYMENT IN AND TO THE COMMON AREAS, DESCRIBED AND AS PROVIDED FOR IN THE DECLARATION OF CONVENANTS, CONDITIONS, AND RESTRICTIONS, AND ANY AMENDMENTS AND/OR SUPPLEMENTS THERETO.

Subject to current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record or enforceable in law and equity.

The street address and other common designation of the real property described above is purported to be:
13887 S Lamont Lowell Cir
Herriman, UT 84096
Property Tax ID No.: 32-03-428-017-0000

WITNESS the hand(s) of said grantor(s), this 30th day of December, 2024.

**Signed in the presence of**

By: JOHN DARGER, MANAGING MEMBER OF
ULTIMATE ENTERPRISE, LLC

| | | |
|---|---|---|
| **STATE OF** | **UTAH** | ) |
| | | ).ss |
| **County of** | **SALT LAKE** | ) |

On the 30 day of December, 2024, personally appeared before me, JOHN DARGER, MANAGING MEMBER OF ULTIMATE ENTERPRISE, LLC, the signer of the above instrument, who duly acknowledged to me that he executed the same.

NOTARY PUBLIC
Residing In:
My Commission Expires:

NOTARY PUBLIC
Mary Alice Willis
721839
My Commission Expires
12/06/2025
STATE OF UTAH