# Exhibit G

*(Darger Mortgage Payments Through December 2024 )*

Darger Mortgage

| | | |
|---|---|---|
| 320000 | initial principal | |
| 600 | number of periods for calculating periodic payment | |
| initial int rate | 0.06 | payment $1,684.50 |
| 8/1/2018 int rate | 0.08 | payment $2,173.68 |
| 9/10/2023 int rate | 0.15 | payment $4,002.32 |

| Date | Payment Received | Interest Rate | Interest Due | Principal Due | Principal Applied | Total remaining pricipal due from borrower |
|---|---|---|---|---|---|---|
| 7/1/2013 | | | | - | | 320,000.00 |
| 7/10/2013 | 424.32 | 6% | 473.42 | | (49.10) | 320,049.10 |
| 7/15/13 | 2,167.68 | 6% | 631.33 | | 1,536.35 | 318,512.75 |
| 7/22/13 | 1,684.68 | 6% | 994.81 | 689.69 | 689.87 | 317,822.88 |
| 8/16/13 | | 6% | 1,619.59 | 64.91 | (1,619.59) | 319,442.47 |
| 9/10/2013 | 1,684.68 | 6% | 1,575.33 | 109.17 | 109.35 | 319,333.12 |
| 10/15/13 | | 6% | 1,627.29 | 57.21 | (1,627.29) | 320,960.41 |
| 11/10/2013 | 1,768.72 | 6% | 1,582.82 | 101.68 | 185.90 | 320,774.51 |
| 12/13/13 | 1,768.72 | 6% | 1,634.63 | 49.87 | 134.09 | 320,640.42 |
| 2/4/14 | 1,768.72 | 6% | 1,633.95 | 50.55 | 134.77 | 320,505.65 |
| 2/21/14 | 1,768.72 | 6% | 1,475.20 | 209.30 | 293.52 | 320,212.13 |
| 3/17/14 | | 6% | 1,631.77 | 52.73 | (1,631.77) | 321,843.90 |
| 4/10/2014 | | 6% | 1,587.18 | 97.32 | (1,587.18) | 323,431.08 |
| 5/10/2014 | 1,768.72 | 6% | 1,648.17 | 36.33 | 120.55 | 323,310.53 |
| 6/16/14 | 1,773.48 | 6% | 1,594.41 | 90.09 | 179.07 | 323,131.46 |
| 7/31/14 | | 6% | 1,646.64 | 37.86 | (1,646.64) | 324,778.10 |
| 8/10/2014 | | 6% | 1,655.03 | 29.47 | (1,655.03) | 326,433.13 |
| 9/10/2014 | | 6% | 1,609.81 | 74.69 | (1,609.81) | 328,042.94 |
| 10/10/2014 | | 6% | 1,671.67 | 12.83 | (1,671.67) | 329,714.61 |
| 11/10/2014 | | 6% | 1,625.99 | 58.51 | (1,625.99) | 331,340.60 |
| 12/10/2014 | | 6% | 1,688.48 | (3.98) | (1,688.48) | 333,029.08 |
| 1/10/2015 | | | | | | |

| days late | late fees due | Cummullative Late Fees Due | |
|---|---|---|---|
| - | - | - | |
| - | - | - | partial period - late fees not calculat |
| - | - | - | partial period - late fees not calculat |
| - | - | - | |
| 31 | 84.22 | 84.22 | |
| - | - | 84.22 | |
| 31 | 84.22 | 168.45 | |
| - | - | 168.45 | |
| 25 | 84.22 | 252.67 | |
| - | - | 252.67 | |
| - | - | 252.67 | |
| 31 | 84.22 | 336.90 | |
| 30 | 84.22 | 421.12 | |
| - | - | 421.12 | |
| 21 | 84.22 | 505.35 | |
| 31 | 84.22 | 589.57 | |
| 31 | 84.22 | 673.80 | |
| 30 | 84.22 | 758.02 | |
| 31 | 84.22 | 842.25 | |
| 30 | 84.22 | 926.47 | |
| 31 | 84.22 | 1,010.70 | |

| Date | Date 2 | Payment | Rate | Interest | Adj | Principal | Balance |
|---|---|---|---|---|---|---|---|
| 2/10/2015 | | | 6% | 1,697.08 | | (1,697.08) | 334,726.16 |
| 3/10/2015 | | | 6% | 1,540.66 | (12.58) | (1,540.66) | 336,266.82 |
| 4/10/2015 | | | 6% | 1,713.58 | 143.84 | (1,713.58) | 337,980.40 |
| 5/10/2015 | 5/15/15 | $500.00 | 6% | 1,666.75 | (29.08) | (1,166.75) | 339,147.15 |
| 6/10/2015 | 6/16/15 | $500.00 | 6% | 1,728.26 | 17.75 | (1,228.26) | 340,375.41 |
| 7/10/2015 | 7/16/15 | $750.00 | 6% | 1,678.56 | (43.76) | (928.56) | 341,303.97 |
| 8/10/2015 | | | 6% | 1,739.25 | 5.94 | (1,739.25) | 343,043.22 |
| 9/10/2015 | | | 6% | 1,748.11 | (54.75) | (1,748.11) | 344,791.33 |
| 10/10/2015 | 10/1/15 | $750.00 | 6% | 1,700.34 | (63.61) | (950.34) | 345,741.67 |
| 11/10/2015 | 10/30/15 | $750.00 | 6% | 1,761.86 | (15.84) | (1,011.86) | 346,753.53 |
| 12/10/2015 | 12/17/15 | $750.00 | 6% | 1,710.02 | (77.36) | (960.02) | 347,713.55 |
| 1/10/2016 | | | 6% | 1,771.91 | (25.52) | (1,771.91) | 349,485.46 |
| 2/10/2016 | 2/19/16 | $750.00 | 6% | 1,780.94 | (87.41) | (1,030.94) | 350,516.40 |
| 3/10/2016 | | | 6% | 1,670.95 | (96.44) | (1,670.95) | 352,187.35 |
| 4/10/2016 | 4/15/16 | $750.00 | 6% | 1,794.71 | 13.55 | (1,044.71) | 353,232.06 |
| 5/10/2016 | | | 6% | 1,741.97 | (110.21) | (1,741.97) | 354,974.03 |
| 6/10/2016 | | | 6% | 1,808.91 | (57.47) | (1,808.91) | 356,782.94 |
| 7/10/2016 | | | 6% | 1,759.48 | (124.41) | (1,759.48) | 358,542.42 |
| 8/10/2016 | | | 6% | 1,827.09 | (74.98) | (1,827.09) | 360,369.51 |
| 9/10/2016 | | | 6% | 1,836.40 | (142.59) | (1,836.40) | 362,205.91 |
| 10/10/2016 | | | 6% | 1,786.22 | (151.90) | (1,786.22) | 363,992.13 |
| 11/10/2016 | | | 6% | 1,854.86 | (101.72) | (1,854.86) | 365,846.99 |
| 12/10/2016 | | | 6% | 1,804.18 | (170.36) | (1,804.18) | 367,651.17 |
| 1/10/2017 | | | 6% | 1,873.51 | (119.68) | (1,873.51) | 369,524.68 |
| 2/10/2017 | 2/15/17 | $ 1,932.00 | 6% | 1,883.06 | (189.01) | 48.94 | 369,475.74 |
| 3/10/2017 | 3/17/17 | $ 1,685.00 | 6% | 1,700.60 | (198.56) | (15.60) | 369,491.34 |
| 4/10/2017 | 4/27/17 | $ 1,685.00 | 6% | 1,882.89 | (16.10) | (197.89) | 369,689.23 |
| 5/10/2017 | | | 6% | 1,823.12 | (198.39) | (1,823.12) | 371,512.35 |
| 6/10/2017 | | | 6% | 1,893.19 | (138.62) | (1,893.19) | 373,405.54 |
| 7/10/2017 | 7/5/17 | $ 1,685.00 | 6% | 1,841.45 | (208.69) | (156.45) | 373,561.99 |
| 8/10/2017 | 8/24/17 | $ 1,685.00 | 6% | 1,903.63 | (156.95) | (218.63) | 373,780.62 |
| 9/10/2017 | | | 6% | 1,904.75 | (219.13) | (1,904.75) | 375,685.37 |
| 10/10/2017 | | | 6% | 1,852.69 | (220.25) | (1,852.69) | 377,538.06 |
| 11/10/2017 | 11/7/17 | $ 1,685.00 | 6% | 1,923.89 | (168.19) | (238.89) | 377,776.95 |

| Days | Payment | Balance |
|---|---|---|
| 31 | 84.22 | 1,094.92 |
| 28 | 84.22 | 1,179.15 |
| 31 | 84.22 | 1,263.37 |
| - | 59.22 | 1,322.60 |
| - | 59.22 | 1,381.82 |
| - | 46.72 | 1,428.55 |
| 31 | 84.22 | 1,512.77 |
| 31 | 84.22 | 1,597.00 |
| - | 46.72 | 1,643.72 |
| - | 46.72 | 1,690.44 |
| - | 46.72 | 1,737.17 |
| 31 | 84.22 | 1,821.39 |
| - | 46.72 | 1,868.12 |
| 29 | 84.22 | 1,952.34 |
| - | 46.72 | 1,999.07 |
| 30 | 84.22 | 2,083.29 |
| 31 | 84.22 | 2,167.52 |
| 30 | 84.22 | 2,251.74 |
| 31 | 84.22 | 2,335.97 |
| 31 | 84.22 | 2,420.19 |
| 30 | 84.22 | 2,504.42 |
| 31 | 84.22 | 2,588.64 |
| 30 | 84.22 | 2,672.87 |
| 31 | 84.22 | 2,757.09 |
| - | - | 2,757.09 |
| - | - | 2,757.09 |
| 17 | 84.22 | 2,841.32 |
| 30 | 84.22 | 2,925.54 |
| 31 | 84.22 | 3,009.77 |
| - | - | 3,009.77 |
| - | - | 3,009.77 |
| 31 | 84.22 | 3,093.99 |
| 30 | 84.22 | 3,178.22 |
| - | - | 3,178.22 |

| Date | Payment Date | | Payment | Rate | Interest | Adj | Principal | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/10/2017 | | | | | | | | 377,954.96 |
| 1/10/2018 | 12/15/17 | $ | 1,685.00 | 6% | 1,863.01 | (178.51) | (178.01) | 378,195.98 |
| 2/10/2018 | 1/19/18 | $ | 1,685.00 | 6% | 1,926.02 | (241.52) | (241.02) | 380,123.23 |
| 3/10/2018 | 2/10/18 | | | 6% | 1,927.25 | (242.75) | (1,927.25) | 380,187.84 |
| 4/10/2018 | 3/21/18 | $ | 1,685.00 | 6% | 1,749.61 | (65.11) | (64.61) | 380,440.24 |
| 5/10/2018 | 5/7/18 | $ | 1,685.00 | 6% | 1,937.40 | (252.90) | (252.40) | 380,631.38 |
| 6/10/2018 | 5/16/18 | $ | 1,685.00 | 6% | 1,876.14 | (191.64) | (191.14) | 382,571.04 |
| 7/10/2018 | | | | 6% | 1,939.66 | (255.16) | (1,939.66) | 382,772.69 |
| 8/1/2018 | 6/29/18 | $ | 1,685.00 | 6% | 1,886.65 | (202.15) | (201.65) | 384,156.96 |
| 8/10/2018 | | | | 6% | 1,384.27 | | (1,384.27) | 383,229.75 |
| 9/10/2018 | 8/2/18 | $ | 1,685.00 | 8% | 757.79 | 31.62 | 927.21 | 384,148.61 |
| 10/10/2018 | 8/31/18 | $ | 1,685.00 | 8% | 2,603.86 | (430.18) | (918.86) | 384,989.52 |
| 11/10/2018 | 10/4/18 | $ | 1,685.00 | 8% | 2,525.91 | (352.23) | (840.91) | 385,920.34 |
| 12/10/2018 | 11/5/18 | $ | 1,685.00 | 8% | 2,615.82 | (442.14) | (930.82) | 386,772.90 |
| 1/10/2019 | 12/6/18 | $ | 1,685.00 | 8% | 2,537.56 | (363.88) | (852.56) | 387,715.84 |
| 2/10/2019 | 1/4/19 | $ | 1,685.00 | 8% | 2,627.94 | (454.26) | (942.94) | 388,665.18 |
| 3/10/2019 | 2/5/19 | $ | 1,685.00 | 8% | 2,634.34 | (460.66) | (949.34) | 389,365.41 |
| 4/10/2019 | 3/7/19 | $ | 1,685.00 | 8% | 2,385.23 | (211.55) | (700.23) | 390,325.96 |
| 5/10/2019 | 4/11/19 | $ | 1,685.00 | 8% | 2,645.55 | (471.87) | (960.55) | 392,892.49 |
| 6/10/2019 | | | | 8% | 2,566.53 | (392.85) | (2,566.53) | 393,877.01 |
| 7/10/2019 | 5/31/19 | $ | 1,685.00 | 8% | 2,669.52 | (495.84) | (984.52) | 394,781.89 |
| 8/10/2019 | 7/18/19 | $ | 1,685.00 | 8% | 2,589.88 | (416.20) | (904.88) | 397,464.24 |
| 9/10/2019 | | | | 8% | 2,682.35 | (508.67) | (2,682.35) | 400,164.82 |
| 10/10/2019 | | | | 8% | 2,700.58 | (526.90) | (2,700.58) | 402,796.04 |
| 11/10/2019 | | | | 8% | 2,631.22 | (457.54) | (2,631.22) | 405,532.85 |
| 12/10/2019 | | | | 8% | 2,736.81 | (563.13) | (2,736.81) | 408,199.37 |
| 1/10/2020 | | | | 8% | 2,666.52 | (492.84) | (2,666.52) | 410,972.89 |
| 2/10/2020 | | | | 8% | 2,773.52 | (599.84) | (2,773.52) | 413,765.25 |
| 3/10/2020 | | | | 8% | 2,792.36 | (618.68) | (2,792.36) | 416,395.21 |
| 4/10/2020 | | | - | 8% | 2,629.96 | (456.28) | (2,629.96) | 419,224.42 |
| 5/10/2020 | | | - | 8% | 2,829.21 | (655.53) | (2,829.21) | 421,980.96 |
| 6/10/2020 | | | - | 8% | 2,756.54 | (582.86) | (2,756.54) | 424,848.12 |
| 7/10/2020 | | | - | 8% | 2,867.16 | (693.48) | (2,867.16) | 427,641.64 |
| 8/10/2020 | | | | 8% | 2,793.52 | (619.84) | (2,793.52) | 430,547.26 |
| | | | | 8% | 2,905.62 | (731.94) | (2,905.62) | |

| Days | Amount | Balance | Note |
|---|---|---|---|
| - | - | 3,178.22 | |
| - | - | 3,178.22 | |
| 31 | 84.22 | 3,262.44 | |
| - | - | 3,262.44 | |
| 27 | 84.22 | 3,346.66 | |
| - | - | 3,346.66 | |
| 31 | 84.22 | 3,430.89 | |
| - | - | 3,430.89 | |
| - | - | 3,430.89 | partial period - late fees not calculat |
| - | 24.43 | 3,455.32 | |
| - | 24.43 | 3,479.76 | |
| - | 24.43 | 3,504.19 | |
| - | 24.43 | 3,528.63 | |
| - | 24.43 | 3,553.06 | |
| - | 24.43 | 3,577.49 | |
| - | 24.43 | 3,601.93 | |
| - | 24.43 | 3,626.36 | |
| - | 24.43 | 3,650.79 | |
| 30 | 108.68 | 3,759.48 | |
| - | 24.43 | 3,783.91 | |
| - | 24.43 | 3,808.35 | |
| 31 | 108.68 | 3,917.03 | |
| 31 | 108.68 | 4,025.71 | |
| 30 | 108.68 | 4,134.40 | |
| 31 | 108.68 | 4,243.08 | |
| 30 | 108.68 | 4,351.77 | |
| 31 | 108.68 | 4,460.45 | |
| 31 | 108.68 | 4,569.13 | |
| 29 | 108.68 | 4,677.82 | |
| 31 | 108.68 | 4,786.50 | |
| 30 | 108.68 | 4,895.19 | |
| 31 | 108.68 | 5,003.87 | |
| 30 | 108.68 | 5,112.55 | |
| 31 | 108.68 | 5,221.24 | |

| Date | Payment | Rate | Interest | Adjustment | Balance |
|---|---|---|---|---|---|
| 9/10/2020 | - | 8% | 2,925.36 | (751.68) | 433,472.62 |
| 10/10/2020 | - | 8% | 2,850.23 | (676.55) | 436,322.85 |
| 11/10/2020 | - | 8% | 2,964.60 | (790.92) | 439,287.45 |
| 12/10/2020 | - | 8% | 2,888.47 | (714.79) | 442,175.92 |
| 1/10/2021 | - | 8% | 3,004.37 | (830.69) | 445,180.29 |
| 2/10/2021 | - | 8% | 3,024.79 | (851.11) | 448,205.08 |
| 3/10/2021 | - | 8% | 2,750.63 | (576.95) | 450,955.71 |
| 4/10/2021 | - | 8% | 3,064.03 | (890.35) | 454,019.74 |
| 5/10/2021 | - | 8% | 2,985.34 | (811.66) | 457,005.08 |
| 6/4/21 | 1,000.00 | 8% | 3,105.13 | (931.45) | 459,110.21 |
| 7/9/21 | 1,000.00 | 8% | 3,018.81 | (845.13) | 461,129.02 |
| 8/10/2021 | - | 8% | 3,133.15 | (959.47) | 464,262.17 |
| 9/10/2021 | - | 8% | 3,154.44 | (980.76) | 467,416.61 |
| 10/10/2021 | - | 8% | 3,073.42 | (899.74) | 470,490.03 |
| 11/10/2021 | - | 8% | 3,196.75 | (1,023.07) | 473,686.78 |
| 12/10/2021 | - | 8% | 3,114.65 | (940.97) | 476,801.43 |
| 1/10/2022 | - | 8% | 3,239.64 | (1,065.96) | 480,041.07 |
| 2/10/2022 | - | 8% | 3,261.65 | (1,087.97) | 483,302.72 |
| 3/10/2022 | - | 8% | 2,966.02 | (792.34) | 486,268.74 |
| 4/10/2022 | - | 8% | 3,303.96 | (1,130.28) | 489,572.70 |
| 5/10/2022 | - | 8% | 3,219.11 | (1,045.43) | 492,791.81 |
| 6/10/2022 | - | 8% | 3,348.28 | (1,174.60) | 496,140.09 |
| 7/10/2022 | - | 8% | 3,262.29 | (1,088.61) | 499,402.38 |
| 8/10/2022 | - | 8% | 3,393.20 | (1,219.52) | 502,795.58 |
| 9/10/2022 | - | 8% | 3,416.25 | (1,242.57) | 506,211.83 |
| 10/10/2022 | - | 8% | 3,328.52 | (1,154.84) | 509,540.35 |
| 11/15/22 | 500.00 | 8% | 3,462.08 | (1,288.40) | 512,502.43 |
| 12/10/2022 | - | 8% | 3,369.88 | (1,196.20) | 515,872.31 |
| 1/1/23 | 500.00 | 8% | 3,505.11 | (1,331.43) | 518,877.42 |
| 2/10/2023 | - | 8% | 3,525.52 | (1,351.84) | 522,402.94 |
| 3/10/2023 | - | 8% | 3,205.98 | (1,032.30) | 525,608.92 |
| 4/10/2023 | - | 8% | 3,571.26 | (1,397.58) | 529,180.18 |
| 5/10/2023 | - | 8% | 3,479.54 | (1,305.86) | 532,659.72 |
| 6/10/2023 | - | 8% | 3,619.17 | (1,445.49) | 536,278.89 |

| Days | Amount | Balance |
|---|---|---|
| 31 | 108.68 | 5,329.92 |
| 30 | 108.68 | 5,438.60 |
| 31 | 108.68 | 5,547.29 |
| 30 | 108.68 | 5,655.97 |
| 31 | 108.68 | 5,764.66 |
| 31 | 108.68 | 5,873.34 |
| 28 | 108.68 | 5,982.02 |
| 31 | 108.68 | 6,090.71 |
| 30 | 108.68 | 6,199.39 |
| | 58.68 | 6,258.08 |
| | 58.68 | 6,316.76 |
| 31 | 108.68 | 6,425.44 |
| 31 | 108.68 | 6,534.13 |
| 30 | 108.68 | 6,642.81 |
| 31 | 108.68 | 6,751.50 |
| 30 | 108.68 | 6,860.18 |
| 31 | 108.68 | 6,968.86 |
| 31 | 108.68 | 7,077.55 |
| 28 | 108.68 | 7,186.23 |
| 31 | 108.68 | 7,294.91 |
| 30 | 108.68 | 7,403.60 |
| 31 | 108.68 | 7,512.28 |
| 30 | 108.68 | 7,620.97 |
| 31 | 108.68 | 7,729.65 |
| 31 | 108.68 | 7,838.33 |
| 30 | 108.68 | 7,947.02 |
| | 83.68 | 8,030.70 |
| 30 | 108.68 | 8,139.39 |
| | 83.68 | 8,223.07 |
| 31 | 108.68 | 8,331.75 |
| 28 | 108.68 | 8,440.44 |
| 31 | 108.68 | 8,549.12 |
| 30 | 108.68 | 8,657.80 |
| 31 | 108.68 | 8,766.49 |

| Date | | Rate | | | | Balance |
|---|---|---|---|---|---|---|
| 7/10/2023 | - | 8% | 3,526.22 | (1,352.54) | (3,526.22) | 539,805.11 |
| 8/10/2023 | - | 8% | 3,667.72 | (1,494.04) | (3,667.72) | 543,472.83 |
| 9/9/2023 | - | 8% | 3,573.52 | 203.99 | (3,573.52) | 547,046.35 |
| 9/10/2023 | - | 15% | 224.81 | | (224.81) | 547,271.16 |
| 10/10/2023 | - | 15% | 6,747.18 | (2,744.86) | (6,747.18) | 554,018.34 |
| 11/10/2023 | - | 15% | 7,058.04 | (3,055.72) | (7,058.04) | 561,076.38 |
| 12/10/2023 | - | 15% | 6,917.38 | (2,915.06) | (6,917.38) | 567,993.76 |
| 1/10/2024 | - | 15% | 7,236.08 | (3,233.76) | (7,236.08) | 575,229.84 |
| 2/10/2024 | - | 8% | 3,908.41 | (1,734.73) | (3,908.41) | 579,138.25 |
| 3/10/2024 | - | 8% | 3,681.10 | (1,507.42) | (3,681.10) | 582,819.35 |
| 4/10/2024 | - | 8% | 3,959.98 | (1,786.30) | (3,959.98) | 586,779.33 |
| 5/10/2024 | - | 8% | 3,858.28 | (1,684.60) | (3,858.28) | 590,637.61 |
| 6/10/2024 | - | 8% | 4,013.10 | (1,839.42) | (4,013.10) | 594,650.71 |
| 7/10/2024 | - | 8% | 3,910.03 | (1,736.35) | (3,910.03) | 598,560.74 |
| 8/10/2024 | - | 8% | 4,066.93 | (1,893.25) | (4,066.93) | 602,627.67 |
| 9/9/2024 | - | 8% | 3,962.48 | | (3,962.48) | 606,590.15 |
| 9/10/2024 | - | 15% | 249.28 | (209.44) | (249.28) | 606,839.43 |
| 10/10/2024 | - | 15% | 7,481.58 | (3,479.26) | (7,481.58) | 614,321.01 |
| 11/10/2024 | - | 15% | 7,826.28 | (3,823.96) | (7,826.28) | 622,147.29 |
| 12/10/2024 | - | 15% | 7,670.31 | (3,667.99) | (7,670.31) | 629,817.60 |

| Days | Amount | Balance | Note |
|---|---|---|---|
| 30 | 108.68 | 8,875.17 | |
| 31 | 108.68 | 8,983.86 | |
| | | 8,983.86 | partial period - late fees not calculat |
| 31 | 200.12 | 9,183.97 | |
| 30 | 200.12 | 9,384.09 | |
| 31 | 200.12 | 9,584.20 | |
| 30 | 200.12 | 9,784.32 | |
| 31 | 200.12 | 9,984.44 | |
| 31 | 108.68 | 10,093.12 | |
| 29 | 108.68 | 10,201.80 | |
| 31 | 108.68 | 10,310.49 | |
| 30 | 108.68 | 10,419.17 | |
| 31 | 108.68 | 10,527.86 | |
| 30 | 108.68 | 10,636.54 | |
| 31 | 108.68 | 10,745.22 | |
| | | 10,745.22 | partial period - late fees not calculat |
| 31 | 200.12 | 10,945.34 | |
| 30 | 200.12 | 11,145.46 | |
| 31 | 200.12 | 11,345.57 | |
| 30 | 200.12 | 11,545.69 | |