# Exhibit H

*(Email from R. Stegman re Publication of
Notice of Trustee's Sale)*

**From:** Rylie Stegman  rstegman@sltrib.com 
**Subject:** Re: Publication of Notice of Trustee's Sale
**Date:** January 11, 2024 at 10:08 AM
**To:** Phil Ballif  ballif@godfreytrial.com

Hi Phil! Here is that affidavit!

On Thu, Jan 11, 2024 at 9:06 AM Phil Ballif <ballif@godfreytrial.com> wrote:

> Rylie:
>
> The three publications should have been completed. Please send over the affidavit of publication along with the publications as well.
>
> Thank you!
>
> —Phil Ballif
>
> 
>
>> On Dec 21, 2023, at 11:42 AM, Rylie Stegman <rstegman@sltrib.com> wrote:
>>
>> You are all set with ad number SLT0025573! Shoot me an email after final publication and I will send over an affidavit!
>>
>> On Thu, Dec 21, 2023 at 10:52 AM Phil Ballif <ballif@godfreytrial.com> wrote:
>>> Let's go ahead and start this Sunday, Dec. 24, 2023. Thanks!
>>>
>>> —Phil Ballif
>>>
>>> 

Case 24-26705  Doc 7-9  Filed 12/31/24  Entered 12/31/24 17:16:08  Desc Exhibit H  Page 3 of 7

> > On Dec 21, 2023, at 10:49 AM, Rylie Stegman <rstegman@sltrib.com> wrote:
> >
> > Hi Phil! I forgot to ask - would you prefer to start this Sunday or next? I see the dates in your original request and figured I would check before I send anything through!
> >
> > On Thu, Dec 21, 2023 at 10:48 AM Phil Ballif <ballif@godfreytrial.com> wrote:
> >> Riley:
> >>
> >>    Thank you for getting back to me on this so quickly. I have reviewed and approved the proof, pricing, and dates for publication. Attached is the payment authorization form signed by Julie Godfrey of Godfrey Law, the law firm that I work for. Please forward a receipt for payment and a confirmation of the order for publication of the notice of trustee's sale. What documentation will you provide me with upon completion of the three publications?
> >>
> >>
> >> Thanks!
> >>
> >> —Phil Ballif
> >>
> >> GODFREY LAW
> >> PROFESSIONAL CORPORATION
> >> (303) 228-0700
> >> Godfreytrial.com
> >>
> >>
> >>> On Dec 21, 2023, at 10:05 AM, Rylie Stegman <rstegman@sltrib.com> wrote:
> >>>
> >>> Good morning! Here is that proof/pricing! I have also attached our pre-pay form, which I will need back before 10am tomorrow to run this Sunday. Thanks!
> >>>
> >>> On Wed, Dec 20, 2023 at 2:39 PM Phil Ballif

> <ballif@godfreytrial.com> wrote:
> I would like the SL Tribune to publish a Notice of Trustee's Sale in accordance with Utah Code 57-1-25(1)(a). Here is the information requested by your website:
>
> 1. **Name, address, and telephone number of the billing party**: Philip M. Ballif - 175 W. Canyon Crest Road, Suite 104, Alpine, UT 84004 - (801) 871-8855.
> 2. **The days you want the notice to publish**: (a) at least three times; (b) at least once a week for three consecutive weeks; and (c) the last publication to take place no later than January 19, 2024 - *preferably on 12/31/23, 1/7/24, and 1/14/24*.
>
> Attached are a PDF of the recorded Notice of Trustee's Sale and a word document containing the text of the notice to be published.
>
> Please confirm receipt of this publication request, provide a price quote, and confirm dates for publication.
>
> Respectfully,
>
>
> —Phil Ballif
>
> 
>
> --



**Rylie Stegman (She/Her)**
Advertising Account Executive

**M:** (801) 237.2000

90 S. 400 W. SLC, UT. 84101 STE. 600

Support The Tribune | Subscribe Today!

--

**Rylie Stegman (She/Her)**
Advertising Account Executive

**M:** (801) 237.2000

90 S. 400 W. SLC, UT. 84101 STE. 600

Support The Tribune | Subscribe Today!

--

**Rylie Stegman (She/Her)**
Advertising Account Executive

**M:** (801) 237.2000

90 S. 400 W. SLC, UT. 84101 STE. 600

Support The Tribune | Subscribe Today!

--



**Rylie Stegman (She/Her)**
Advertising Account Executive

**M:** (801) 237.2000

90 S. 400 W. SLC, UT. 84101 STE. 600

Support The Tribune | Subscribe Today!



90 S 400 W STE 600
SALT LAKE CITY, UT 84101-1431

PROOF OF PUBLICATION       CUSTOMER'S COPY

CUSTOMER NAME AND ADDRESS

GODFREY LAW

NOTICE OF TRUSTEE'S SALE

The following described property will be sold at public auction to the highest

GODFREY LAW
PHILIP M. BALLIF
175 W CANYON CREST RD STE 104
Alpine, UT 84004
ballif@godfreytrial.com

| ACCOUNT NUMBER |
|---|
| 21077 |

| ACCOUNT NAME |
|---|
| GODFREY LAW |

| TELEPHONE |
|---|
| 801-871-8855 |

| ORDER # |
|---|
| SLT0025573 |

| CUSTOMER REFERENCE NUMBER |
|---|
|  |

| CAPTION |
|---|
| NOTICE OF TRUSTEE'S SALE  The following described property will be sold at public auction to the highest bidder, payable in lawful money of the United States at the time of sale, at the main entrance of the Salt Lake County Third District Courthouse – West Jordan located at 8080 South Redwood Road, West Jordan, Utah 84088, on January 30, 2024, at 11:00 A.M. of said day, for the purpose of foreclosing a trust deed dated July 1, 2013, and executed by John Darger as trustor, in favor of Auntitut Trust (properly spelled Auntie Tut Trust), which Trust Deed was recorded on July 2, 2013, in Book 101155, Page 9409-9412, in the Records of Salt Lake County, State of Utah, Recorder's Entry No. 11676867, covering real property located at 13887 S. |

| TOTAL COST |
|---|
| $577.40 |

bidder, payable in lawful money of the United States at the time of sale, at the main entrance of the Salt Lake County Third District Courthouse – West Jordan located at 8080 South Redwood Road, West Jordan, Utah 84088, on January 30, 2024, at 11:00 A.M. of said day, for the purpose of foreclosing a trust deed dated July 1, 2013, and executed by John Darger as trustor, in favor of Auntitut Trust (properly spelled Auntie Tut Trust), which Trust Deed was recorded on July 2, 2013, in Book 101155, Page 9409-9412, in the Records of Salt Lake County, State of Utah, Recorder's Entry No. 11676867, covering real property located at 13887 S. Lamont Lowell Circle, Herriman, Utah 84096, more particularly described as:

**PROPERTY DESCRIPTION:**

LOT 114, HAMILTON FARMS PLANNED UNIT DEVELOPMENT PHASE 1 ACCORDING TO THE PLAT THEREOF AS RECORDED IN THE OFFICE OF THE SALT LAKE COUNTY RECORDER.

TOGETHER WITH A RIGHT AND EASEMENT OF USE AND ENJOYMENT IN AND TO THE COMMON AREAS, DESCRIBED AND AS PROVIDED FOR IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS, AND ANY AMENDMENTS AND/OR SUPPLEMENTS THERETO.

TAX SERIAL NO. 32-03-428-017

The current beneficiary of the trust deed is Janice Lee Jones, trustee of the Auntie Tut Trust, and the record owner of the property as of the recording of the Notice of Default is Ultimate Enterprise, LLC, whose manager and resident agent is the trustor of the Trust Deed, John R. Darger.

Bidders must tender to the trustee a $20,000.00 deposit at the sale and the balance of the purchase price by 12:00 noon the day following the sale. The deposit must be in the form of a bank or credit union cashier's check or bank official check, payable to Philip M. Ballif, Esq., Substitute Trustee. The balance must be in the form of a wire transfer, bank or credit union cashier's check, bank official check, or U.S. Postal money order payable to Philip M. Ballif, Esq., Substitute Trustee. A bank or credit union cashier's check must be pre-printed and clearly state that it is a cashier's check. A bank official check must be preprinted and clearly state that it is an official check. Cash payments, personal checks, or trust checks are not accepted. A trustee's deed will be delivered within three business days after receipt of the amount bid.

Dated this 20th day of December 2023.

/s/ Philip M. Ballif
PHILIP M. BALLIF, ESQ., Substitute Trustee
175 W. Canyon Crest Road, Suite 104
Alpine, Utah 84004
(801) 871-8855

SLT0025573

### AFFIDAVIT OF PUBLICATION

AS THE SALT LAKE TRIBUNE, INC. LEGAL BOOKER, I CERTIFY THAT THE ATTACHED ADVERTISEMENT OF NOTICE OF TRUSTEE'S SALE  The following described property will be sold at public auction to the highest bidder, payable in lawful money of the United States at the time of sale, at the main entrance of the Salt Lake County Third District Courthouse – West Jordan located at 8080 South Redwood Road, West Jordan, Utah 84088, on January 30, 2024, at 11:00 A.M. of said day, for the purpose of foreclosing a trust deed dated July 1, 2013, and executed by John Darger as trustor, in favor of Auntitut Trust (properly spelled Auntie Tut Trust), which Trust Deed was recorded on July 2, 2013, in Book 101155, Page 9409-9412, in the Records of Salt Lake County, State of Utah, Recorder's Entry No. 11676867, covering real property located at 13887 S. FOR GODFREY LAW WAS PUBLISHED BY THE SALT LAKE TRIBUNE, INC., WEEKLY NEWSPAPER PRINTED IN THE ENGLISH LANGUAGE WITH GENERAL CIRCULATION IN UTAH, AND PUBLISHED IN SALT LAKE CITY, SALT LAKE COUNTY IN THE STATE OF UTAH. NOTICE IS ALSO POSTED ON UTAHLEGALS.COM ON THE SAME DAY AS THE FIRST NEWSPAPER PUBLICATION DATE AND REMAINS ON UTAHLEGALS.COM INDEFINITELY. COMPLIES WITH UTAH DIGITAL SIGNATURE ACT UTAH CODE 46-2-101; 46-3-104.

PUBLISHED ON   12/24/2023, 12/31/2023, 01/07/2024

DATE   01/11/2024                                       SIGNATURE   *Jordyn Gallegos*

STATE OF UTAH
COUNTY OF   SALT LAKE

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS  11th DAY OF JANUARY IN THE YEAR 2024

BY   Jordyn Gallegos

LAREE WHITMER
NOTARY PUBLIC•STATE OF UTAH
COMMISSION# 715683
COMM. EXP. 12-09-2024

*Laree Whitmer*
NOTARY PUBLIC SIGNATURE