# Exhibit I

*(Recorded Notice of Trustee's Sale - 2024.05.08)*

WHEN RECORDED MAIL TO:
Jeremy C. Sink, Esq.
KIRTON MCCONKIE.
36 South State Street, Suite 1900
Salt Lake City, UT 84111
(801) 239-3157

**14237965 B: 11490 P: 734 Total Pages: 2**
05/08/2024 01:38 PM By: tpham Fees: $40.00
Rashelle Hobbs, Recorder, Salt Lake County, Utah
Return To: KIRTON & MCCONKIE
36 SOUTH STATE STREET, SUITE 1SALT LAKE CITY, UT 84111

## NOTICE OF TRUSTEE'S SALE

The following described property will be sold at public auction to the highest bidder, payable in lawful money of the United States at the time of sale, at the main entrance of the Salt Lake County Third District Courthouse – West Jordan located at 8080 South Redwood Road, West Jordan, Utah 84088, on June 5, 2024, at 10:00 A.M. of said day, for the purpose of foreclosing a trust deed dated July 1, 2013, and executed by John Darger as trustor, in favor of Auntitut Trust (properly spelled Auntie Tut Trust), which Trust Deed was recorded on July 2, 2013, in Book 101155, Page 9409-9412, in the Records of Salt Lake County, State of Utah, Recorder's Entry No. 11676867, covering real property located at 13887 S. Lamont Lowell Circle, Herriman, Utah 84096, more particularly described as:

**PROPERTY DESCRIPTION:**

LOT 114, HAMILTON FARMS PLANNED UNIT DEVELOPMENT PHASE 1 ACCORDING TO THE PLAT THEREOF AS RECORDED IN THE OFFICE OF THE SALT LAKE COUNTY RECORDER.

TOGETHER WITH A RIGHT AND EASEMENT OF USE AND ENJOYMENT IN AND TO THE COMMON AREAS, DESCRIBED AND AS PROVIDED FOR IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS, AND ANY AMENDMENTS AND/OR SUPPLEMENTS THERETO.

TAX SERIAL NO. 32-03-428-017

The current beneficiary of the trust deed is Janice Lee Jones, trustee of the Auntie Tut Trust, and the record owner of the property as of the recording of the Notice

of Default is Ultimate Enterprise, LLC, whose manager and resident agent is the trustor of the Trust Deed, John R. Darger.

Bidders must tender to the trustee a $20,000.00 deposit at the sale and the balance of the purchase price by 12:00 noon the day following the sale. The deposit must be in the form of a bank or credit union cashier's check or bank official check, payable to Jeremy C. Sink, Esq., Substitute Trustee. The balance must be in the form of a wire transfer, bank or credit union cashier's check, bank official check, or U.S. Postal money order payable to Jeremy C. Sink, Esq., Substitute Trustee. A bank or credit union cashier's check must be pre-printed and clearly state that it is a cashier's check. A bank official check must be preprinted and clearly state that it is an official check. Cash payments, personal checks, or trust checks are not accepted. A trustee's deed will be delivered within three business days after receipt of the amount bid.

Dated this 7th day of May, 2024.

_____
JEREMY C. SINK, ESQ., Substitute Trustee


STATE OF UTAH        )
                     ) ss.
COUNTY OF UTAH       )

On the 7th day of May, A.D. 2024, personally appeared before me JEREMY C. SINK the signer of the within instrument, who duly acknowledged to me that he executed the same.

_____
Notary Public


CHLOE ANN SATTERTHWAITE
Notary Public State of Utah
My Commission Expires on:
May 27, 2025
Comm. Number: 718583

2

14237965 B: 11490 P: 735 Page 2 of 2