# Exhibit J

*(Darger LinkedIn Profile)*

 

### John Darger · 3rd
Ultimate Estates Top Executive Manager

- Ultimate Estates

- Experiance

Herriman, Utah, United States · **Contact info**

47 connections

Follow   Message   More

## About

Need to stop foreclosure? We may be able to buy your house before the foreclosure sale. We buy houses fast!

Ultimate Estates is a private real estate service company. Foreclosure Serv   ...see more

## Activity
51 followers

+ Follow

**John hasn't posted yet**
Recent posts John shares will be displayed here.

Show all activity →

## Experience

**Owner**
Ultimate Estates
2007 - Present · 17 yrs 7 mos

## Education

**Experiance**
Master's Degree, Real Estate
1997

I am a Real Estate professional and I love what I do. My expertise is in many areas including but not limited to Foreclosure Prevention, Short Sales,...

### Licenses & certifications

**Foreclosure Prevention Specialist**
Real Estate Investor
Issued Jan 2008

**Probate Specialist**
Real Estate
Issued Jan 2008

Show all 3 licenses & certifications →

### Projects

**Stoped Foreclosure**
Feb 2012 - Mar 2012

Another successful foreclosure prevention

### Skills

**Real Estate**
 1 endorsement

**Real Estate Development**
 1 endorsement

Show all 25 skills →

### Publications

**Ultimate Estates**

Show publication ↗

Real Estate Service Company and Foreclosure Prevention Specialist

### Courses

**Real Estate**

### Languages

**English**

### Organizations

**Ultimate Estates**
Manager · Mar 2008 - Present

### Interests

Top Voices   Companies   Groups

 **Kiran Mazumdar Shaw** in · 3rd
Executive Chairperson, Biocon & Biocon Biologics
1,011,939 followers

 + Follow

**Tony Robbins**  · 3rd
#1 New York Times best-selling author, life and business strategist, philanthropist, entrepreneur
7,197,710 followers

+ Follow

Show all Top Voices →

Promoted ···


**Attorney Needed ASAP**
We need attorneys in your area. Schedule a time to view active legal cases.
 Caden also follows LegalMatch


**Earn 5X Points**
at Prepaid Hotels booked through AmexTravel.com. Terms apply.
 Jeff also follows American Express

## Other similar profiles


**Jeremy Zucker** · 3rd
President, Mandell Equities
View profile


**Gary Lizotte, MBA**  · 3rd
Commercial Real Estate Portfolio Acquisition
View profile


**Stuart Fox** · 2nd
Flipping Homes & Passively Acquiring 5,000 Doors
+ Follow


**Frank Farazmand, JD** · 3rd
29,000+ Connections and Counting
View profile


**Brian Peart** · 2nd
Owner Of Commercial Capital Limited & Founder of Nexus Financial Group.
+ Follow

Show all

## People you may know
From John's industry

**Joel H. Thompson**
Commercial Real Estate | Candidate for Designation-Appraisal Institute | CCIM Candidate | Local Government | Family Man
Connect

**Susan Hanks**
Realtor at Chapman Richards & Associates

Connect

**Thomas Checketts**
Checketts Development

Connect

**Shawn Burnett**
Real Estate, Commercial HVAC, Commercial Plumbing

Connect

**Ryan Loveland**
Real Estate Agent at Advent Property Advisors

Connect

Show all