# Exhibit K

*(Manager of Ultimate Estates, LLC)*

## Registered Principals

| Name | Type | City | Status |
|---|---|---|---|
| ULTIMATE ESTATES LLC | Limited Liability Company | Las Vegas | Active |

| Position | Name | Address | |
|---|---|---|---|
| Registered Agent | ULTIMATE ENTERPRISE, LLC | 13887 LAMONT LOWELL CIRCLE | HERRIMAN UT 84096 |
| Manager | ULTIMATE ENTERPRISE, LLC | 13887 LAMONT LOWELL CIRCLE | HERRIMAN UT 84096 |

If you believe there may be more principals, click here to View Filed Documents

Business Name: