# Exhibit L

*(Manager of Ultimate Enterprise, LLC)*

## Registered Principals

| Name | Type | City | Status |
|---|---|---|---|
| ULTIMATE ENTERPRISE, LLC | Limited Liability Company | HERRIMAN | Active |

| Position | Name | Address | |
|---|---|---|---|
| Manager | JOHN DARGER | 13887 LAMONT LOWELL CIRCLE | HERRIMAN UT 84096 |
| Registered Agent | JOHN R DARGER | 13887 S LAMONT LOWELL CIRCLE | HERRIMAN UT 84096 |

If you believe there may be more principals, click here to View Filed Documents

Business Name: