# Exhibit M

*(Lorenzo Lopez Chapter 13 Bankruptcy Email)*

| | |
|---|---|
| **From:** | Lorenzo Lopez <lorenzolucianolopez@gmail.com> |
| **Sent:** | Tuesday, December 31, 2024 10:29 AM |
| **To:** | Jeremy Sink |
| **Subject:** | Lorenzo Lopez Chapter 13 bankruptcy |
| **Attachments:** | lopez United States Bankruptcy Court cert.pdf; 5031037144325758201.jpg |

**CAUTION: EXTERNAL**

Mr. Sink,

My name is Lorenzo Lopez.  I co-own the real property located at 13887 Lamont Lowell Circle Herriman, UT 84096 with Ultimate Enterprise LLC.

I filed a chapter 13 bankruptcy petition yesterday.  The case was assigned case number 24-26705.  I attached a copy of the bankruptcy certificate.
The quit claim deed showing my ownership in the property is attached as well.

I need the regular monthly post petition mortgage payment on the property loan so I can start making the regular monthly mortgage payment.

Please confirm that you have canceled the foreclosure sale.

Sincerely,

Lorenzo Lopez

1

United States Bankruptcy Court
District of Utah

**Notice of Bankruptcy Case Filing**

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 12/30/2024 at 3:22 PM and filed on 12/30/2024.

**Lorenzo Luciano Lopez**
13887 Lamont Lowell Circle
Herriman, UT 84096
385-474-1541
SSN / ITIN: xxx-xx-0681
*aka* **Lorenzo L Lopez**
*aka* **Lorenzo Lopez**



The bankruptcy trustee is:

**Lon Jenkins tr**
Ch. 13 Trustee's Office
465 South 400 East
Suite 200
Salt Lake City, UT 84111
801-596-2884

The case was assigned case number 24-26705 to Judge Joel T. Marker.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.utb.uscourts.gov/ or at the Clerk's Office, 350 South Main #301, Salt Lake City, UT 84101.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**David A. Sime**
**Clerk, U.S. Bankruptcy Court**

Mail Tax Notice to:

John Darger
13887 S Lamont Lowell Cir
Herriman, UT 84096

14330423 B: 11542 P: 761 Total Pages: 1
12/30/2024 02:55 PM By: salvarado Fees: $40.00
Rashelle Hobbs, Recorder, Salt Lake County, Utah
Return To: JOHN DARGER
13887 S LAMONT LOWELL CIRHERRIMAN, UT 84096

FILE NO.:

# QUIT CLAIM DEED

ULTIMATE ENTERPRISE, LLC, A UTAH LIMITED LIABIITY COMPANY, GRANTOR, of SALT LAKE COUNTY, STATE OF UTAH, HEREBY CONVEYS and QUIT CLAIMS to ULTIMATE ENTERPRISE, LLC AND LORENZO LUCIANO LOPEZ, AN INDIVIDUAL SINGLE MAN OF SALT LAKE COUNTY, STATE OF UTAH, GRANTEES, AS TENANTS IN COMMON, FOR THE SUM OF TEN DOLLARS AND OTHER VALUABLE CONSIDERATIONS*****

the following described tract(s) of land in SALT LAKE County, State of Utah, to-wit:

LOT 114, HAMILTON FARMS PLANNED UNIT DEVELOPMENT PHASE 1 ACCORDING TO THE PLAT THEREOF AS RECORDED IN THE OFFICE OF THE SALT LAKE COUNTY RECORDER.

TOGETHER WITH A RIGHT AND EASEMENT OF USE AND ENJOYMENT IN AND TO THE COMMON AREAS, DESCRIBED AND AS PROVIDED FOR IN THE DECLARATION OF CONVENANTS, CONDITIONS, AND RESTRICTIONS, AND ANY AMENDMENTS AND/OR SUPPLEMENTS THERETO.

Subject to current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record or enforceable in law and equity.

The street address and other common designation of the real property described above is purported to be:
13887 S Lamont Lowell Cir
Herriman, UT 84096
Property Tax ID No.: 32-03-428-017-0000

WITNESS the hand(s) of said grantor(s), this 30th day of December, 2024.

Signed in the presence of

By: JOHN DARGER, MANAGING MEMBER OF ULTIMATE ENTERPRISE, LLC

STATE OF    UTAH            )
                            ).ss
County of    SALT LAKE      )

On the 30 day of December, 2024, personally appeared before me, JOHN DARGER, MANAGING MEMBER OF ULTIMATE ENTERPRISE, LLC, the signer of the above instrument, who duly acknowledged to me that he executed the same.

NOTARY PUBLIC
Residing In:
My Commission Expires:

NOTARY PUBLIC
Mary Alice Willis
721839
My Commission Expires
12/06/2025
STATE OF UTAH