# Exhibit N

*(Request for Monthly Post-Petition Mortgage Payments)*

| | |
|---|---|
| **From:** | John D <jndarger1@gmail.com> |
| **Sent:** | Tuesday, June 25, 2024 12:32 PM |
| **To:** | Jeremy Sink |
| **Subject:** | Request for monthly post-petition mortgage payments |

**CAUTION: EXTERNAL**

Mr. Sink,

What does your client claim is my post-petition monthly mortgage payments?