# Exhibit P

*(Notice of Bankruptcy Case Filing - Case No. 24-26705)*

United States Bankruptcy Court
District of Utah

**Notice of Bankruptcy Case Filing**

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 12/30/2024 at 3:22 PM and filed on 12/30/2024.

**Lorenzo Luciano Lopez**
13887 Lamont Lowell Circle
Herriman, UT 84096
385-474-1541
SSN / ITIN: xxx-xx-0681
*aka* **Lorenzo L Lopez**
*aka* **Lorenzo Lopez**



The bankruptcy trustee is:

**Lon Jenkins tr**
Ch. 13 Trustee's Office
465 South 400 East
Suite 200
Salt Lake City, UT 84111
801-596-2884

The case was assigned case number 24-26705 to Judge Joel T. Marker.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.utb.uscourts.gov/ or at the Clerk's Office, 350 South Main #301, Salt Lake City, UT 84101.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**David A. Sime**
**Clerk, U.S. Bankruptcy Court**