# Exhibit R

***(FILED WITH CLERK OF COURT)***
*Audio/Video Recordings Conversation with Mr. Sink and Mr. Darger*