Jeremy C. Sink (9916)
Kirton McConkie
36 South State Street, Suite 1900
Salt Lake City, UT 84111
Ph# 801-239-3157
Email: jsink@kmclaw.com

Attorneys for MGT Properties, LLC

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re**:** LORENZO LUCIANO LOPEZ, | : | Case No. 24-26705 |
| Debtor. | : | Chapter 13 |
| | : | Judge: Joel T. Marker |

**NOTICE OF HEARING ON AUNTIE TUT TRUST'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. 707 AND MOTION FOR POST BANKRUPTCY RELIEF FROM THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that Auntie Tut Trust has filed a Motion To Dismiss Pursuant to 11 U.S.C. 707 and Motion for Post Petition Relief from the Automatic Stay (the "Motion").

The Motion seeks an order (i) dismissing the bankruptcy case and (ii) granting Auntie Tut relief from the automatic stay to proceed with its foreclosure sale of its Deed of Trust and Promissory Note against real property located at 13887 Lamont Lowell Circle, Herriman, Utah 84096 and seeks further relief as the Court may deem just and proper.

A copy of the Motion was emailed to the Debtor and Johnathan Darger on December 31, 2024. You may obtain a copy of the Motion from the Court's PACER document access system,

or upon written request at any time before the Objection Deadline from Jeremy Sink, Kirton McConkie, 36 South State Street, Suite 1900, Salt Lake City, Utah 84111, email jsink@kmclaw.com.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney if you have one in this case. If you do not have an attorney, you may wish to consult with one.**

If you do not want the Court to grant the relief requested in the Motion, or you want the Court to consider your view, then, you or your attorney must:

1. On or before the Objection Deadline of **January 13, 2024**, file with the Bankruptcy Court a written objection to the Motion explaining your position with the Clerk of the Bankruptcy Court for the District of Utah at the following address:

> United States Bankruptcy Court
> Clerk of the Court
> 350 South Main Street, Room 301
> Salt Lake City, UT  84101
>
> *Due to a major renovation project, for hand delivery, the Bankruptcy Court Clerk's office is temporarily located in the United States District Court
> 351 S. West Temple
> Salt Lake City, 84101

If you mail your objection to the Bankruptcy Court for filing you must mail it early enough so that the Court will receive it on or before the Objection Deadline.

2. You must also, before the Objection Deadline, serve a copy of your objection to the following:

> Jeremy C. Sink (9916)
> **KIRTON McCONKIE**
> 36 South State Street, Suite 1900
> Salt Lake City, Utah 84111
> Telephone: (801) 239-3157
> Facsimile: (801) 321-4893
> Email: jsink@kmclaw.com

2

3. Attend the Hearing before Judge Joel T. Marker, United States Bankruptcy Court, 350 South Main Street, Salt Lake City, Utah 84101, on **January 14, 2025 at 2:00 p.m**. **THE HEARING WILL BE CONDUCTED via Zoom. Go to ZoomGov.com/join or call 1+669 254 5252. Enter Meeting ID 161 5478 8875 Passcode 3834658.** Please joint 10 minutes prior to the Hearing. To confirm the zoom and/or dial-in information, please visit the Utah Bankruptcy Court's website at https://www.utb.uscourts.gov/ **There will be no further notice of the hearing.** Failure to attend the hearing will be deemed a waiver of your position.

Please take further notice that if you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief. In the absence of a timely filed objection, the undersigned counsel may ask the Bankruptcy Court to strike the Hearing and enter an order approving the Motion without a hearing.

DATED: January 2, 2025.

**KIRTON MCCONKIE**

/s/
Jeremy C. Sink
*Attorneys for Auntie Tut Trust*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 2, 2025, the foregoing document was filed with the United States Bankruptcy Court for the District of Utah by using CM/ECF system and was electronically served by CM/ECF to each of the following counsel of record:

Lon Jenkins, trustee:  ecfmail@ch13ut.org, lneebling@ch13ut.org
Jeremy C. Sink: jsink@kmclaw.com, mcarlson@kmclaw.com
United States Trustee:  USTPRegion19.SK.ECF@usdoj.gov

And by email on January 2, 2025 to the following parties:

Johnathan Ryan Darger – jndarger1@gmail.com
Lorenzo Lopez – lorenzolucianolopez@gmail.com

In addition to the above notice of hearing a copy of the signed **ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME AND SET HEARING AND OBJECTION DEADLINE ON MOTION TO DISMISS PURSUANT TO 11 U.S.C. 707 and MOTION FOR POST BANKRUPTCY RELIEF FROM THE AUTOMATIC STAY** was included with the notice of hearing in the emails to Johnathan Ryan Darger and Lorenzo Lopez.

/s/ Margaret Carlson