John Darger
13887 S Lamont Lowell Cir
Herriman, UT 84096
(801) 671-5942
E-mail: jndarger1@gmail.com
Third Party Intervenor

FILED US Bankruptcy Court-UT
JAN 14 2025 PM2:02

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| In re:<br><br>Lorenzo Luciano Lopez<br><br>Debtor | **THIRD PARTY MOTION TO INTERVENE**<br><br>**(HEARING REQUESTED)**<br><br>Case: 24-26705<br><br>Judge: Marker |
|---|---|

　　Pursuant to FRCP 24(2), Third Party intervenor John Darger claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest and requests an order granting him the right to intervene in this bankruptcy case.

　　Darger is the borrower of a loan concerning real property located 13887 S Lamont Lowell Cir, Herriman, UT 84096. That property is now property of the bankruptcy estate and is subject to a motion for in rem relief in this bankruptcy case. Accordingly, Darger has a legal right to intervene.



DATED this 14th day of January, 2025.

_____
John Darger
Third Party Intervenor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true and correct copy of the foregoing was served electronically via CM/ECF notification on January 14, 2025 on all parties registered to receive ECF notification including the following parties:

Lon Jenkins
Chapter 13 Trustee
ECF Notification

United States Trustee
ECF Notification

_____
John Darger

2