Signed as modified by the Court.

**This order is SIGNED.**

Dated: January 14, 2025

JOEL T. MARKER
U.S. Bankruptcy Judge



*msc*

*Order Prepared by:*
Jeremy C. Sink (9916)
**KIRTON MCCONKIE**
36 South State Street, Suite 1900
Salt Lake City, UT 84111
Telephone: (801) 239-3157
Email: jsink@kmclaw.com
Attorneys for Creditor: Auntie Tut Trust

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy No. 24-26705 |
|---|---|
| LORENZO LUCIANO LOPEZ | (Chapter 13) |
| Debtor. | Judge: Joel T. Marker |
| | **[Filed Electronically]** |

### ORDER GRANTING AUNTIE TUT TRUST'S MOTION FOR POST BANKRUPTCY RELIEF FROM THE AUTOMATIC STAY

The Court has reviewed Auntie Tut Trust's ("ATT") *Motion to Dismiss Pursuant to 11 U.S.C. 707 and Motion for Post Bankruptcy Relief From the Automatic Stay* ("Motion), the *Objection to Motion of Auntie Tut Trust for Dismissal Pursuant to 11*

1

*U.S.C. 707 and For In Rem Relief Pursuant to 11 U.S.C. § 362(d)(4)* ("Objection") and the Reply filed by ATT in support of its Motion. A hearing on the Motion was held before the Honorable Joel T. Marker on January 14, 2025. Jeremy C. Sink of Kirton McConkie appeared on behalf of ATT. Mr. Lopez did not appear.

Based upon the representations contained in the Motion, Objection, Reply, argument by counsel and good cause appearing the court made findings of fact and conclusions of law and read the same into the record at the January 14, 2025 hearing. Based upon the findings of fact and conclusions of law read into the record, incorporated herein by reference, and having good cause appearing therefor, it is hereby

ORDERED that ATT's motion for relief from the automatic stay is granted for cause under 11 U.S.C. § 362(d)(1) and the stay provided under 11 U.S.C. § 362(a) is hereby terminated as to the real property located at 13887 South Lamont Lowell Circle, Herriman, UT 84096, which is more particularly described as follows:

**PROPERTY DESCRIPTION**:

> LOT 114, HAMILTON FARMS PLANNED UNIT DEVELOPMENT PHASE 1 ACCORDING TO THE PLAT THEREOF AS RECORDED IN THE OFFICE OF THE SALT LAKE COUNTY RECORDER.
>
> TOGETHER WITH A RIGHT AND EASEMENT OF USE AND ENJOYMENT IN AND TO THE COMMON AREAS, DESCRIBED AND AS PROVIDED FOR IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS, AND ANY AMENDMENTS AND/OR SUPPLEMENTS THERETO.
>
> TAX SERIAL NO. 32-03-428-017

It is further ORDERED pursuant to 11 U.S.C. § 362(d)(4)(B) that the filing of a future bankruptcy petition by any individual or entity will not extend the protection of the automatic stay of 11 U.S.C. § 362(a) to the real property located at 13887 South Lamont Lowell Circle, Herriman, UT 84096 for a period of two years from the date of entry of this Order;

It is further ORDERED that ATT is to record a copy of this signed order with the Salt Lake County Recorder's office to give notice of this Order to any subsequent owner of the Property; and

It is further ORDERED that the 14-day stay period under Federal Rule of Bankruptcy Procedure 4001(a)(4) is waived for cause shown.

## SERVICE LIST

I hereby certify that a true and correct copy of the foregoing was served to the following via the court's ECF system on the date the order was signed:

- **Lon Jenkins tr**   ecfmail@ch13ut.org, lneebling@ch13ut.org
- **Jeremy C. Sink**   jsink@kmclaw.com, mcarlson@kmclaw.com
- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov

I hereby further certify that the above reply was mailed to Lorenzo Luciano Lopez and Johnathan Ryan Darger at the following address:

Lorenzo Lopez
John Darger
13887 Lamont Lowell Circle
Herriman, UT 84096

Clerk of Court

_____

3