**The Court will prepare its own dismissal order as discussed at the January 14 hearing.**

**This order is not signed for the reason set forth above.**

**Dated: January 14, 2025**



Lorenzo Luciano Lopez
13887 Lamont Lowell Cir
Herriman, UT 84096
Phone:  385-474-1541
E-mail: lorenzolucianolopez@gmail.com
*Pro Se Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>Lorenzo Luciano Lopez<br><br>Debtor | Case No.  24-26705<br><br>Chapter 13<br><br>Judge:  Joel T. Marker |

FILED US Bankruptcy Court-UT
JAN 13 2025 PM 4:25

## ORDER DISMISSING CHAPTER 13 CASE ON REQUEST BY DEBTOR

## PURSUANT TO 11 USC § 1307(b)

Upon consideration of the pro se Debtor's Request for Dismissal pursuant to 11 U.S.C.

1307(b) of the above referenced Chapter 13 Case filed on December 30, 2024, it is ordered that:

The request is granted, and the case is hereby dismissed and all automatic stays and any

injunctions obtained by the debtor in any proceeding related to this case are hereby terminated

and the provisions of 11 U.S.C. § 349 are herewith effective. The Chapter 13 Trustee is hereby

directed to file a final report and account of his administration.

--------------------END OF DOCUMENT--------------------

1

# DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER DISMISSING CHAPTER 13 CASE ON REQUEST BY DEBTOR PURSUANT TO 11 USC § 1307(b)** shall be served to the parties and in the manner designated below:

The parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Lon Jenkins
Chapter 13 Trustee
ECF Notification

United States Trustee
ECF Notification

In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

No list of creditors was filed