**This order is SIGNED.**

**Dated: January 14, 2025**



**JOEL T. MARKER**
**U.S. Bankruptcy Judge**



*msc*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy Number: 24-26705 |
|---|---|
| LORENZO LUCIANO LOPEZ, | Chapter 13 |
| Debtor. | Judge Joel T. Marker |

### ORDER DISMISSING CASE

The Debtor filed the above-captioned chapter 13 case on December 30, 2024 without the assistance of counsel. On December 31, secured creditor Auntie Tut Trust filed a motion seeking both stay relief and dismissal of the case (docket #7), which came on for a hearing on January 14, 2025 at 2:00 PM at which the Debtor failed to appear. But on January 13, the Debtor filed his own ex parte request for voluntary dismissal of the case (docket #18). For the reasons stated on the record at the hearing, which are incorporated herein by reference, the Court found that both stay relief and dismissal were appropriate, and stay relief has already been granted by separate order. Now, it is hereby

**ORDERED** that this case is DISMISSED at the Debtor's request; and it is further

**ORDERED** that since "the [D]ebtor requested and obtained the voluntary dismissal of the case following the filing of a request for relief from the automatic stay provided by section

1

362 of this title," the Debtor is prohibited from filing another bankruptcy petition for 180 days after entry of this dismissal order in accordance with § 109(g)(2) of the Bankruptcy Code.

_____End of Document_____

\_\_\_\_\_ooo0ooo\_\_\_\_\_

## SERVICE LIST

Service of the foregoing **ORDER DISMISSING CASE** will be effected through the Bankruptcy Noticing Center to each party on the official mailing matrix.