**This motion was filed after the hearing had already begun and would not have altered the Court's ruling in any event. The case now being dismissed at the Debtor's request, this motion is also moot.**

**This order is not signed for the reason set forth above.**

**Dated: January 14, 2025**



~~John Darger~~
13887 S Lamont Lowell Cir
Herriman, UT 84096
Phone: (801) 671-5942
E-mail: jndarger1@gmail.com
*Third Party Intervenor*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| In re: | Case No. 24-26705 |
|---|---|
| Lorenzo Luciano Lopez | Chapter 13 |
| Debtor | Judge: Joel T. Marker |


FILED US Bankruptcy Court-UT
JAN 14 2025 PM 2:04

## ORDER GRANTING MOTION TO INTERVENE FOR JOHN DARGER PURSUANT TO FRCP 24

Upon consideration of the third party intervenor, Third Party John Darger's motion to intervene pursuant to FRCP 24 in the above referenced Chapter 13 Case filed on December 30, 2024, it is ordered that:

The request is granted, and the John Darger is allowed to intervene in this bankruptcy case.

--------------------END OF DOCUMENT--------------------



1

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER GRANTING THIRD PARTY TO INTERVENE PURSUANT TO FRCP 24** shall be served to the parties and in the manner designated below:

The parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Lon Jenkins
Chapter 13 Trustee
ECF Notification

United States Trustee
ECF Notification

In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

No list of creditors was filed