**This order is SIGNED.**

Dated: January 14, 2025



JOEL T. MARKER
U.S. Bankruptcy Judge

msc

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy Number: 24-26705 |
|---|---|
| LORENZO LUCIANO LOPEZ, | Chapter 13 |
| Debtor. | Judge Joel T. Marker |

**ORDER DISMISSING CASE**

The Debtor filed the above-captioned chapter 13 case on December 30, 2024 without the assistance of counsel. On December 31, secured creditor Auntie Tut Trust filed a motion seeking both stay relief and dismissal of the case (docket #7), which came on for a hearing on January 14, 2025 at 2:00 PM at which the Debtor failed to appear. But on January 13, the Debtor filed his own ex parte request for voluntary dismissal of the case (docket #18). For the reasons stated on the record at the hearing, which are incorporated herein by reference, the Court found that both stay relief and dismissal were appropriate, and stay relief has already been granted by separate order. Now, it is hereby

**ORDERED** that this case is DISMISSED at the Debtor's request; and it is further

**ORDERED** that since "the [D]ebtor requested and obtained the voluntary dismissal of the case following the filing of a request for relief from the automatic stay provided by section

1

362 of this title," the Debtor is prohibited from filing another bankruptcy petition for 180 days after entry of this dismissal order in accordance with § 109(g)(2) of the Bankruptcy Code.

_____End of Document_____

_____ooo0ooo_____

## SERVICE LIST

Service of the foregoing **ORDER DISMISSING CASE** will be effected through the Bankruptcy Noticing Center to each party on the official mailing matrix.

United States Bankruptcy Court
District of Utah

In re:     Case No. 24-26705-JTM
Lorenzo Luciano Lopez     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: admin     Page 1 of 1
Date Rcvd: Jan 15, 2025     Form ID: pdfor1     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lorenzo Luciano Lopez, 13887 Lamont Lowell Circle, Herriman, UT 84096-6735 |
| intp | + | John Darger, 13887 Lamont Lowell Circle, Herriman, UT 84096-6735 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 17, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeremy C. Sink | on behalf of Creditor Auntie Tus Trust jsink@kmclaw.com mcarlson@kmclaw.com |
| Lon Jenkins tr | ecfmail@ch13ut.org lneebling@ch13ut.org |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 3