Johnathan Darger
13887 S Lamont Lowell Cir
Herriman, UT 84096
(801) 671-5942
E-mail: jndarger1@gmail.com
*Third Party Intervenor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| In re: | **EX PARTE THIRD PARTY MOTION TO INTERVENE** |
|---|---|
| Lorenzo Luciano Lopez | |
| Debtor | Case: 24-26705 |
| | Judge: Joel T. Marker |

Pursuant to FRCP 24(2), Third Party intervenor Johnathan Darger ("Darger") claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the Darger's ability to protect its interest, unless existing parties adequately represent that interest and requests an order granting him the right to intervene in this bankruptcy case.

Darger is the borrower of a loan concerning real property located 13887 S Lamont Lowell Cir, Herriman, UT 84096. That property is now property of the bankruptcy estate and is subject to an in rem relief order in this bankruptcy case. Darger challenges the validity of the in rem



order and seeks to appeal it. Accordingly, Darger has a legal right to intervene in this bankruptcy case and may do so ex parte without a hearing

.

DATED this 28th day of January, 2025.

_____
Johnathan Darger
Third Party Intervenor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true and correct copy of the foregoing was served electronically via CM/ECF notification on January 28, 2025 on all parties registered to receive ECF notification including the following parties:

Lon Jenkins
Chapter 13 Trustee
ECF Notification

United States Trustee
ECF Notification

_____
Johnathan Darger