The original motion to intervene, filed after the January 14 hearing had already begun, was not timely. The chapter 13 case is now dismissed, so there is no bankruptcy case in which to intervene. While Mr. Darger is obligated on the mortgage, the record showed that he had no ownership interest on the petition date. And formal intervention in the Bankruptcy Court is not required if Mr. Darger believes that he has his own standing to appeal.

**The relief requested is DENIED.**

Dated: January 29, 2025

_____
JOEL T. MARKER
U.S. Bankruptcy Judge

---

Johnathan Darger
13887 S Lamont Lowell Cir
Herriman, UT 84096
Phone: (801) 671-5942
E-mail: jndarger1@gmail.com
*Third Party Intervenor*

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| In re: | Case No. 24-26705 |
|---|---|
| Lorenzo Luciano Lopez | Chapter 13 |
| Debtor | Judge: Joel T. Marker |

FILED US Bankruptcy Court-UT
JAN 28 2025 PM4:32

### ORDER GRANTING EX PARTE MOTION TO INTERVENE FOR
### JOHNATHAN DARGER PURSUANT TO FRCP 24

Upon consideration of the third party intervenor, Third Party Johnathan Darger's ex parte motion to intervene pursuant to FRCP 24 in the above referenced Chapter 13 Case filed on December 30, 2024, it is ordered that:

The request is granted, and Johnathan Darger is allowed to intervene in this bankruptcy case.

--------------------END OF DOCUMENT--------------------

1

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER GRANTING EX PARTE MOTION TO INTERVENE PURSUANT TO FRCP 24** shall be served to the parties and in the manner designated below:

The parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Lon Jenkins
Chapter 13 Trustee
ECF Notification

United States Trustee
ECF Notification

In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

No list of creditors was filed