Lorenzo Luciano Lopez
13887 S Lamont Lowell Cir
Herriman, UT 84096
(385) 474-1541
E-mail: lorenzolucianolopez@gmail.com
*Pro Se Debtor*

# IN UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH


FILED US Bankruptcy Court-UT
JAN 28 2025 PM4:29

| In re: | Case No. 24-26705 |
|---|---|
| Lorenzo Luciano Lopez | Chapter 13 |
| Debtor | Judge: Joel T. Marker |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant

1. Name of appellant: **Lorenzo Luciano Lopez**

2. Position of appellant in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe)_____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☑ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other:

Official Form 417A            Notice of Appeal and Statement of Election            page 1

4

**Part 2: Identify the subjects of this appeal**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:

    Appellant is appealing the following three appealable judgments, orders, or decrees:

    1.   Docket entry 28: ORDER GRANTING AUNTIE TUT TRUST'S MOTION FOR POST BANKRUPTCY RELIEF FROM THE AUTOMATIC STAY AND GRANTING RELIEF PURSUANT TO 11 U.S.C. § 362(d)(4)(A & B) (Related Doc # 7). Description of Property: 13887 South Lamont Lowell Circle, Herriman, UT. Signed as modified by the Court.

    2.   Docket entry 29: Unsigned Order denying Debtor's ex parte requrest (related document(s):19 Pending Order filed by Debtor for his EX PARTE REQUEST BY DEBTOR FOR VOLUNTARY DISMISSAL OF CHAPTER 13 BANKRUPTCY CASE WITHOUT PREJUDICE PURSUANT TO 11 USC § 1307(b). Reason Order Was Unsigned: The Court will prepare its own dismissal order as discussed at the January 14,2025 hearing.

    3.   Docket entry 30 Order Dismissing Case with Prejudice for Debtor Lorenzo Luciano Lopez (related document(s):18 Auntie Tut Trust's Motion to Dismiss Case). Debtor Lorenzo Luciano Lopez BARRED)

2. State the date on which the judgment—or the appealable order or decree--was entered:

    **All of the subjects of this appeal were entered on January 14, 2025**

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1.  Party: Auntie Tut Trust  
    3212 Bel Air Drive  
    Las Vegas, NV 89109  

    Attorneys:  
    Jeremy C. Sink (9916)  
    36 South State Street, Suite 1900  
    Salt Lake City, UT 84111  
    Telephone: (801) 239-3157  
    Email: jsink@kmclaw.com  
    Attorney for Creditor: Auntie Tut Trust

    2. Party: Utah Chapter 13 Trustee    Attorneys:

        Lon A. Jenkins (4060)
        Tami Gadd (12517)
        MaryAnn Bride (13146)
        Katherine T. Kang (14457)
        465 South 400 East, Suite 200
        Salt Lake City, Utah 84111
        Telephone: (801) 596-2884

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

    ☐ Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_[signature]_        Date: 1/28/2025
Signature of attorney for appellant (or appellant)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

**Lorenzo Luciano Lopez**
**13887 S Lamont Lowell Cir**
**Herriman, UT 84096**
**(385) 474-1541**

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Official Form 417A    Notice of Appeal and Statement of Election    page 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true and correct copy of the foregoing was served electronically via CM/ECF notification on this 28th day of January, 2025 on the following parties, if applicable, or served by first class mail, if applicable:

Lon Jenkins
Chapter 13 Trustee
ECF Notification

United States Trustee
ECF Notification

Jeremy C. Sink (9916)
KIRTON MCCONKIE
36 South State Street, Suite 1900
Salt Lake City, UT 84111
Telephone: (801) 239-3157
Email: jsink@kmclaw.com
Attorney for Creditor: Auntie Tut Trust
ECF Notification

Dated this 28th day of January, 2025.

_____
Lorenzo Luciano Lopez
Pro Se Debtor

Signed as modified by the Court.

**This order is SIGNED.**

**Dated: January 14, 2025**



JOEL T. MARKER
U.S. Bankruptcy Judge



msc

*Order Prepared by:*
Jeremy C. Sink (9916)
**KIRTON MCCONKIE**
36 South State Street, Suite 1900
Salt Lake City, UT 84111
Telephone: (801) 239-3157
Email: jsink@kmclaw.com
Attorneys for Creditor: Auntie Tut Trust

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>LORENZO LUCIANO LOPEZ<br><br>Debtor. | Bankruptcy No. 24-26705<br>(Chapter 13)<br><br>Judge: Joel T. Marker<br>**[Filed Electronically]** |

**ORDER GRANTING AUNTIE TUT TRUST'S MOTION FOR POST BANKRUPTCY**

**RELIEF FROM THE AUTOMATIC STAY**

The Court has reviewed Auntie Tut Trust's ("ATT") *Motion to Dismiss Pursuant to 11 U.S.C. 707 and Motion for Post Bankruptcy Relief From the Automatic Stay* ("Motion), the *Objection to Motion of Auntie Tut Trust for Dismissal Pursuant to 11*

1

*U.S.C. 707 and For In Rem Relief Pursuant to 11 U.S.C. § 362(d)(4)* ("Objection") and the Reply filed by ATT in support of its Motion. A hearing on the Motion was held before the Honorable Joel T. Marker on January 14, 2025. Jeremy C. Sink of Kirton McConkie appeared on behalf of ATT. Mr. Lopez did not appear.

Based upon the representations contained in the Motion, Objection, Reply, argument by counsel and good cause appearing the court made findings of fact and conclusions of law and read the same into the record at the January 14, 2025 hearing. Based upon the findings of fact and conclusions of law read into the record, incorporated herein by reference, and having good cause appearing therefor, it is hereby

ORDERED that ATT's motion for relief from the automatic stay is granted for cause under 11 U.S.C. § 362(d)(1) and the stay provided under 11 U.S.C. § 362(a) is hereby terminated as to the real property located at 13887 South Lamont Lowell Circle, Herriman, UT 84096, which is more particularly described as follows:

**PROPERTY DESCRIPTION**:

>LOT 114, HAMILTON FARMS PLANNED UNIT DEVELOPMENT PHASE 1 ACCORDING TO THE PLAT THEREOF AS RECORDED IN THE OFFICE OF THE SALT LAKE COUNTY RECORDER.
>
>TOGETHER WITH A RIGHT AND EASEMENT OF USE AND ENJOYMENT IN AND TO THE COMMON AREAS, DESCRIBED AND AS PROVIDED FOR IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS, AND ANY AMENDMENTS AND/OR SUPPLEMENTS THERETO.
>
>TAX SERIAL NO. 32-03-428-017

2

It is further ORDERED pursuant to 11 U.S.C. § 362(d)(4)(B) that the filing of a future bankruptcy petition by any individual or entity will not extend the protection of the automatic stay of 11 U.S.C. § 362(a) to the real property located at 13887 South Lamont Lowell Circle, Herriman, UT 84096 for a period of two years from the date of entry of this Order;

It is further ORDERED that ATT is to record a copy of this signed order with the Salt Lake County Recorder's office to give notice of this Order to any subsequent owner of the Property; and

It is further ORDERED that the 14-day stay period under Federal Rule of Bankruptcy Procedure 4001(a)(4) is waived for cause shown.

### SERVICE LIST

I hereby certify that a true and correct copy of the foregoing was served to the following via the court's ECF system on the date the order was signed:

- **Lon Jenkins tr**   ecfmail@ch13ut.org, lneebling@ch13ut.org
- **Jeremy C. Sink**   jsink@kmclaw.com, mcarlson@kmclaw.com
- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov

I hereby further certify that the above reply was mailed to Lorenzo Luciano Lopez and Johnathan Ryan Darger at the following address:

Lorenzo Lopez
John Darger
13887 Lamont Lowell Circle
Herriman, UT 84096

Clerk of Court

_-_____

3

Case 24-26705 Doc 29 Filed 01/14/25 Entered 01/14/25 18:12:52 Desc Main
Document Page 1 of 2

The Court will prepare its own dismissal order as discussed at the January 14 hearing.

**This order is not signed for the reason set forth above.**

**Dated: January 14, 2025**



Lorenzo Luciano Lopez
13887 Lamont Lowell Cir
Herriman, UT 84096
Phone: 385-474-1541
E-mail: lorenzolucianolopez@gmail.com
*Pro Se Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| In re: | Case No. 24-26705 |
|---|---|
| Lorenzo Luciano Lopez | Chapter 13 |
| Debtor | Judge: Joel T. Marker |

FILED US Bankruptcy Court-UT
JAN 13 2025 PM 4:25

## ORDER DISMISSING CHAPTER 13 CASE ON REQUEST BY DEBTOR PURSUANT TO 11 USC § 1307(b)

Upon consideration of the pro se Debtor's Request for Dismissal pursuant to 11 U.S.C. 1307(b) of the above referenced Chapter 13 Case filed on December 30, 2024, it is ordered that:

The request is granted, and the case is hereby dismissed and all automatic stays and any injunctions obtained by the debtor in any proceeding related to this case are hereby terminated and the provisions of 11 U.S.C. § 349 are herewith effective. The Chapter 13 Trustee is hereby directed to file a final report and account of his administration.

------------------END OF DOCUMENT-------------------

# DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER DISMISSING CHAPTER 13 CASE ON REQUEST BY DEBTOR PURSUANT TO 11 USC § 1307(b)** shall be served to the parties and in the manner designated below:

The parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Lon Jenkins
Chapter 13 Trustee
ECF Notification

United States Trustee
ECF Notification

In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

No list of creditors was filed

2

**This order is SIGNED.**

Dated: January 14, 2025



JOEL T. MARKER
U.S. Bankruptcy Judge



msc

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy Number: 24-26705 |
|---|---|
| LORENZO LUCIANO LOPEZ, | Chapter 13 |
| Debtor. | Judge Joel T. Marker |

**ORDER DISMISSING CASE**

    The Debtor filed the above-captioned chapter 13 case on December 30, 2024 without the assistance of counsel.  On December 31, secured creditor Auntie Tut Trust filed a motion seeking both stay relief and dismissal of the case (docket #7), which came on for a hearing on January 14, 2025 at 2:00 PM at which the Debtor failed to appear.  But on January 13, the Debtor filed his own ex parte request for voluntary dismissal of the case (docket #18).  For the reasons stated on the record at the hearing, which are incorporated herein by reference, the Court found that both stay relief and dismissal were appropriate, and stay relief has already been granted by separate order.  Now, it is hereby

    **ORDERED** that this case is DISMISSED at the Debtor's request; and it is further

    **ORDERED** that since "the [D]ebtor requested and obtained the voluntary dismissal of the case following the filing of a request for relief from the automatic stay provided by section

1

362 of this title," the Debtor is prohibited from filing another bankruptcy petition for 180 days

after entry of this dismissal order in accordance with § 109(g)(2) of the Bankruptcy Code.

_____End of Document_____

_____ooo0ooo_____

**SERVICE LIST**

Service of the foregoing **ORDER DISMISSING CASE** will be effected through the Bankruptcy Noticing Center to each party on the official mailing matrix.

2

United States Bankruptcy Court

District of Utah

| | |
|---|---|
| In re: | Case No. 24-26705-JTM |
| Lorenzo Luciano Lopez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1088-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 29, 2025 | Form ID: pdfor1 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lorenzo Luciano Lopez, 13887 Lamont Lowell Circle, Herriman, UT 84096-6735 |
| | + | Auntie Tut Trust, 3212 Bel Air Drive, Las Vegas, NV 89109-1593 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2025           Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeremy C. Sink | on behalf of Creditor Auntie Tus Trust jsink@kmclaw.com  mcarlson@kmclaw.com |
| Lon Jenkins tr | ecfmail@ch13ut.org  lneebling@ch13ut.org |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 3