Jeremy C. Sink (9916)
**KIRTON MCCONKIE**
36 South State Street, Suite 1900
Salt Lake City, UT 84111
Telephone: (801) 239-3157
Email: jsink@kmclaw.com
Attorneys for Creditor: Auntie Tut Trust

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy No. 24-26705 |
|---|---|
| LORENZO LUCIANO LOPEZ | (Chapter 13) |
| Debtor. | Judge: Joel T. Marker<br>**[Filed Electronically]** |

### NOTICE OF TRANSCRIPT ORDER FORM

To be completed by appellant within ten days of filing of notice of appeal. To be completed by appellee within ten days after service. Form to be transmitted to transcriptionist AND filed with the Clerk's office.(F.R.B.P. 8009.)

X   Appellee will pay cost of transcript

Case Name:   Lorenzo Lopez v. Lon Jenkins, et al, BAP No. UT-25-1

Lorenzo Lopez v. Lon Jenkins, et al, BAP No. UT-25-2

Johnathan Darger v. Lon Jenkins, et al, BAP No. UT-25-3

Johnathan Darger v. Lon Jenkins, et al, BAP No. UT-25-4

Johnathan Darger v. Lon Jenkins, et al, BAP No. UT-25-5

Name of Attorney:       Jeremy C. Sink

Name of Law Firm:       Kirton McConkie

Address of Firm:        36 South State Street, Suite 1900, SLC, UT 84111

Telephone of Firm:      801-328-3600

Attorneys for:          Janice Jones, Trustee of the Auntie Tut Trust

Name & Phone # of Transcriptionist:_____

Title of Proceeding #1: Docket Entry 25: PDF with Attached Audio File of oral ruling on Motion to Dismiss Pursuant to 11 U.S.C. 707 and Motion for Post Bankruptcy relief from the Automatic Stay [docket #7]

Date of Proceeding:     1/14/2025

Portion Requested:      Entire Proceeding

CERTIFICATE OF COMPLIANCE

My signature on this form constitutes my agreement to pay for the transcript ordered on this form. I also certify that copies of this transcript order form have been served on the transcriptionist, the Clerk of the United States Bankruptcy Court, and all parties as appropriate. I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the transcriptionist.

Signature of Ordering Party: /s/ Jeremy C. Sink

Date: 2/3/2025

TO BE COMPLETED BY THE TRANSCRIPTIONIST

Date request received:_____

Date arrangements for payment completed:_____

2

Estimated completion date: _____

Estimated number of pages: _____

I certify that I have read this Notice and that adequate arrangements for payment have been made.

Signature of Transcriptionist: _____ Date: _____

### CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I hereby certify that on February 3, 2025, I electronically filed the foregoing with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

- **Lon Jenkins tr**   ecfmail@ch13ut.org, lneebling@ch13ut.org
- **Jeremy C. Sink**   jsink@kmclaw.com, mcarlson@kmclaw.com
- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov

**All other parties registered with CM/ECF and entitled to notice in this case:**

- Johnathan Darger, via email jndarger1@gmail.com
- Lorenzo Luciano Lopez, via email lorenzolucianolopez@gmail.com

/S/ Jeremy C. Sink