Jeremy C. Sink (Utah Bar No. 9916)
Alyssa K. Nielsen (18066)
**KIRTON MCCONKIE**
36 South State Street, Suite 1900
Salt Lake City, Utah 84111
Telephone: (801) 239-3157
E-mail: jsink@kmclaw.com
*Attorneys for Defendants*

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re: | BAP Appeal No. 25-001 |
| LORENZO LUCIANO LOPEZ, | Bankr. No. 24-26705 |
| Debtor. | Chapter 13 |
| | **CREDITOR AUNTIE TUT TRUST'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Fed. R. Bankr. P. 8009(a), Appellee Auntie Tut Trust hereby designates the following items to be included in the record on appeal for BAP Appeal No. 25-001:

1

| BANKRUPTCY OR ADVERSARY OR DISTRICT COURT | PLEADING DESCRIPTION | PLEADING DOCUMENT NUMBER (IN NUMERICAL ORDER, STARTING WITH LOWEST DOCKET NO.) | PLEADING FILE DATE |
|---|---|---|---|
| Bankr. No. 24-26705 | Voluntary Petition | 1 | 12/30/2024 |
| Bankr. No. 24-26705 | Motion for Relief From Stay | 7 | 12/31/2024 |
| Bankr. No. 24-26705 | Ex Parte Request for Voluntary Dismissal of Chapter 13 case | 18 | 1/13/2025 |
| Bankr. No. 24-26705 | Objection to Motion to Dismiss filed by Luciano Lopez | 20 | 1/13/2025 |
| Bankr. No. 24-26705 | Reply Memorandum in Support of Auntie Tut's Motion to Dismiss | 21 | 1/14/2025 |
| Bankr. No. 24-26705 | Third Party Motion to Intervene Filed by John Darger | 23 | 1/14/2025 |
| Bankr. No. 24-26705 | Pdf of hearing and oral ruling on Auntie Tut's Motion for Relief From Stay | 25 | 1/14/2025 |
| Bankr. No. 24-26705 | Order Granting Motion for Relief From Stay | 28 | 1/14/2025 |
| Bankr. No. 24-26705 | Order Dismissing Case with Prejudice | 30 | 1/14/2025 |
| Bankr. No. 24-26705 | Transcript of 1/14/2025 hearing | See Docket 50 | 1/14/2025 |
| Bankr. No. 24-26705 | Unsigned Order on Motion to Intervene (docket 23) | 31 | 1/14/2025 |
|  |  |  |  |

DATED this 3rd day of March, 2025.

**KIRTON MCCONKIE**

/s/        Jeremy C. Sink
Jeremy Sink (9916)

2

*Attorneys for Appellee Auntie Tut Trust*

**CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)**

      I hereby certify that on March 3, 2025, I electronically filed the foregoing with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

- **Lon Jenkins tr**   ecfmail@ch13ut.org, lneebling@ch13ut.org
- **Jeremy C. Sink**   jsink@kmclaw.com, mcarlson@kmclaw.com
- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov

By Mail:
Johnathan Darger
13887 Lamont Lowell Circle
Herriman, UT 84096

Lorenzo Luciano Lopez
13887 Lamont Lowell Circle
Herriman, UT 84096

By Email:
Johnathan Darger
Jndarger1@gmail.com

Lorenzo Lopez
lorenzolucianolopez@gmail.com

**All other parties registered with CM/ECF and entitled to notice in this case:**

**None**

                                                     /S/ Jeremy C. Sink