# UNITED STATES BANKRUPTCY APPELLATE PANEL
## OF THE TENTH CIRCUIT

_____

| | |
|---|---|
| IN RE LORENZO LUCIANO LOPEZ, | BAP No. UT-25-001 |
| Debtor. | |
| _____ | |
| LORENZO LUCIANO LOPEZ, | |
| Appellant, | Bankr. No. 24-26705 |
| | Chapter 13 |
| v. | |
| LON A. JENKINS, Chapter 13 Trustee, and AUNTIE TUT TRUST, | ORDER DISMISSING APPEAL FOR FAILURE TO PROSECUTE |
| Appellees. | |

_____

Before **JACOBVITZ**, **HALL**, and **PARKER**, Bankruptcy Judges.

_____

Appellant had until February 11, 2025, to file his Designation of Record and Statement of Issues with the Bankruptcy Court and failed to do so. On February 12, 2025, the Court entered a *Notice of Deficiency* ordering dismissal for failure to prosecute unless Appellant cured the deficiency by February 26, 2025.

The deadline to comply with the *Notice of Deficiency* has now expired and Appellant has failed to file the Designation of Record and Statement of Issues with the Bankruptcy Court. Appellant has also failed to timely file his Statement of Pro Se Status,

Statement Regarding Oral Argument, and Statement Regarding Interested Parties with this Court.

This dismissal is subject to Appellant's right to cure the deficiency within the fourteen (14) day rehearing period provided by Federal Rule of Bankruptcy Procedure 8022 by filing his Designation of Record and Statement of Issues with the Bankruptcy Court, and filing his Statement of Pro Se Status, Statement Regarding Oral Argument, and Statement Regarding Interested Parties with this Court.

Accordingly, it is HEREBY ORDERED that this appeal is DISMISSED for failure to prosecute. Fed. R. Bankr. P. 8003(a)(2); 10th Cir. BAP L.R. 8026-4(c).

For the Panel

*Anne Zoltani*

Anne Zoltani
Clerk of Court