UNITED STATES BANKRUPTCY APPELLATE PANEL
OF THE TENTH CIRCUIT

| | OFFICE OF THE CLERK | |
|---|---|---|
| Anne Zoltani | | Byron White U.S. Courthouse |
| Clerk of Court | | 1823 Stout St., Denver, CO 80257 |
| | | (303) 335-2900 |

May 30, 2025

TO: All Parties
RE: Johnathan Darger v. Lon Jenkins, et al
BAP No: UT-25-005
Bk. No.: 24-26705

Please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have any questions.

*Anne Zoltani*

Anne Zoltani
Clerk of Court